**UNITED STATES of America,**
**Plaintiff–Appellant**

v.

**Tony Rydell CHATMON,**
**Defendant–Appellee.**

No. 05–20750.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 15, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellant.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellee.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

Tony Rydell Chatmon pleaded guilty to transporting an undocumented alien for private financial gain; he was sentenced to 21 months of imprisonment and a two-year term of supervised release. Chatmon appeals the two-year term of imprisonment

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

imposed following the revocation of his term of supervised release.

Chatmon argues that the sentence imposed by the district court was unreasonable. Although the two-year term of imprisonment imposed upon revocation of Chatmon's supervised release exceeded the sentencing range indicated by the policy statements in Chapter Seven of the United States Sentencing Guidelines, it did not exceed the statutory maximum term of imprisonment that the district court could have imposed. *See* 18 U.S.C. § 3583(e)(3). Accordingly, Chatmon's revocation sentence was neither "unreasonable" nor "plainly unreasonable." *See United States v. Hinson,* 429 F.3d 114, 120 (5th Cir. 2005), *cert. denied,* —— U.S. ——, 126 S.Ct. 1804, 164 L.Ed.2d 540 (2006). Chatmon has not shown error.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.